IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY WAITES and JOHNNY WAITES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:04cv1080-MHT ) (WO) |
| WYETH, etc., et al., | ) ) |
| Defendants. | ) |

**JUDGMENT**

Pursuant to the stipulation of dismissal (Doc. No. 156), it is ORDERED that defendant Pfizer, Inc. is dismissed with prejudice, except to the extent that the court retains jurisdiction over this defendant for the purpose of enforcing any judgment pursuant to said stipulation and with leave for this defendant to be reinstated pursuant to said stipulation.

It is further ORDERED that all pending motions, to the extent that they have been filed by defendant Pfizer, Inc., are denied as moot.

It is further ORDERED that no costs are taxed.

Defendant Pfizer, Inc. is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of November, 2011.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**