IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHIRLEY WAITES and          )
JOHNNY WAITES,              )
                            )
    Plaintiffs,             )
                            )  CIVIL ACTION NO.
    v.                      )  2:04cv1080-MHT
                            )      (WO)
WYETH, etc., et al.,        )
                            )
    Defendants.             )
```

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 296), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2013.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE